Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 15, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 15, 2005. 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00919-CV

____________

 

IN RE ARTHUR JOHNSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 2, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.   Relator seeks a writ of mandamus against the
county clerk for her alleged failure to file relator=s motion in opposition to a proposed
order for declaratory judgment. 








Relator has not established that he is entitled to mandamus
relief.  We have no jurisdiction to issue
a writ of mandamus against a clerk unless it is necessary to enforce our jurisdiction.  In re Washington, 7 S.W.3d 181, 182
(Tex. App.CHouston [1st Dist.] 1999, orig.
proceeding).  In this instance, we do not
have jurisdiction over relator=s complaint.  Further,
relator=s petition fails to meet the
requisites of Rule 52 of the Texas Rules of Appellate Procedure.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed September 15, 2005.

Panel consists of
Justices Fowler, Edelman, and Guzman.